# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2020 KW 1205

VERSUS

RIGOBERTO FRAGMESIO VENTURA                    **FEBRUARY 1, 2021**

---

In Re:    Rigoberto Fragmesio Ventura, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 513,715.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT GRANTED** for the sole purpose of remanding this matter
to the district court for an in camera inspection of the polling
slips from relator's jury trial.   The district court is
instructed to redact the juror's names and to provide counsel
with the results of the jury polling in this case on or before
March 4, 2021.

                              **MRT**
                              **EW**


   **Hester, J.**, dissents.



COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
            FOR THE COURT